UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

JOSHUA ROSENBERG, on behalf of himself and all others similarly situated,

                Plaintiff,

    v.

NS8 INC.,

                Defendant.

CASE NO. 1:20-cv-1238-RGA

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 41(a)(i)(A), by Joshua Rosenberg (the "Plaintiff") and Defendant NS8, Inc. (the "Defendant"), by and through their counsel, to the dismissal with prejudice of Plaintiff's Complaint against Defendant.

Dated: July 14, 2025

**BLANK ROME LLP**

By: /s/ *Joseph Mintz*
Josef W. Mintz (No. 5644)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Email:   tarr@blankrome.com
           mintz@blankrome.com

*Counsel for the Defendant*

Dated: July 14, 2025

**LOIZIDES, P.A.**

By: /s/ *Christopher Loizides*
Christopher D. Loizides (No. 3968)
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
E-mail: loizides@loizides.com

**RAISNER ROUPINIAN LLP**

René S. Roupinian, Esq.
Jack A. Raisner, Esq.
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

*Counsel for Plaintiff*

SO ORDRED this 16th day of July, 2025

/s/ Richard G. Andrews
United States District Judge